IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal No. _____ 03-20485 Ma |
| REMECO PENNINGTON, | ) 18 U. S. C. § 1951 |
| KENNETH TAYLOR, | ) 18 U. S. C. § 924(c) |
| DEMOND ROBINSON, | ) 18 U. S. C. § 924(l) |
| MARTIN COX, | ) 18 U. S. C. § 922(g) |
| ALFONZO JOHNSON, | ) 18 U. S. C. § 2313 |
| AND | ) |
| ROBERT PHILLIPS, | ) |
| Defendants. | ) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about December 10, 2003, in the Western District of Tennessee, the defendants,

------------------------------- **REMECO PENNINGTON,** -------------------------------
------------------------------- **KENNETH TAYLOR,** -------------------------------
------------------------------- **DEMOND ROBINSON,** -------------------------------
------------------------------- **MARTIN COX,** -------------------------------
------------------------------- **ALFONZO JOHNSON,** -------------------------------
------------------------------- **AND** -------------------------------
------------------------------- **ROBERT PHILLIPS** -------------------------------

did unlawfully obstruct, delay, and affect commerce by conspiracy to commit robbery, in that REMECO PENNINGTON, KENNETH TAYLOR, DEMOND ROBINSON, MARTIN COX, ALFONZO JOHNSON, and ROBERT PHILLIPS did conspire to rob the Kroger store at 7942 Winchester, Memphis, Tennessee, a business then engaged in interstate



commerce; in violation of Title 18, United States Code, Section 1951.

## COUNT TWO

On or about December 10, 2003, in the Western District of Tennessee, the defendants,

**REMECO PENNINGTON,
KENNETH TAYLOR,
DEMOND ROBINSON,
MARTIN COX,
ALFONZO JOHNSON,
AND
ROBERT PHILLIPS**

being aided and abetted, each by the other, did unlawfully obstruct, delay, and affect commerce by robbery in that REMECO PENNINGTON, KENNETH TAYLOR, DEMOND ROBINSON, MARTIN COX, ALFONZO JOHNSON, and ROBERT PHILLIPS did rob the Kroger store at 7942 Winchester, Memphis, Tennessee, a business then engaged in interstate commerce, in violation of Title 18, United States Code, Section 1951.

## COUNT THREE

On or about December 10, 2003, in the Western District of Tennessee, the defendants,

REMECO PENNINGTON,
KENNETH TAYLOR,
DEMOND ROBINSON,
MARTIN COX,
ALFONZO JOHNSON,
AND
ROBERT PHILLIPS

being aided and abetted, each by the other, did, during and in relation to a crime of violence, specifically "Robbery Affecting Commerce" in violation of Title 18, United States Code, Section 1951, knowingly use and carry a firearm; in violation of Title 18, United States Code, Section 924(c).

## COUNT FOUR

On or about December 10, 2003, in the Western District of Tennessee, the defendant,

------------------------------------ **REMECO PENNINGTON** ------------------------------------

did steal a firearm which had moved in interstate commerce, that is, a Smith & Wesson .40 caliber pistol; in violation of Title 18, United States Code, Section 924(l).

## COUNT FIVE

On or about December 10, 2003, in the Western District of Tennessee, the defendant,

------------------------------------- **REMECO PENNINGTON** -------------------------------------

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce a firearm that is, a Smith & Wesson .40 caliber pistol; in violation of Title 18 United States Code, Section 922(g).

## **COUNT SIX**

On or about December 10, 2003, in the Western District of Tennessee, the defendant,

--------------------------------------- **REMECO PENNINGTON** ---------------------------------------

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce ammunition; in violation of Title 18 United States Code, Section 922(g).

## COUNT SEVEN

On or about December 10, 2003, in the Western District of Tennessee, the defendants,

**REMECO PENNINGTON,**
**KENNETH TAYLOR,**
**DEMOND ROBINSON,**
**MARTIN COX,**
**ALFONZO JOHNSON,**
**AND**
**ROBERT PHILLIPS**

being aided and abetted, each by the other, did receive and possess a motor vehicle which had crossed a state boundary after being stolen, knowing the same to have been stolen; in Title 18, United States Code, Section 2313.

**A TRUE BILL:**

s/Grand Jury Foreperson

FOREPERSON

DATE: 12-18-03

UNITED STATES ATTORNEY

7