UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

FILED BY ⁄⁄⁄ D.C.

05 JUL 25 PM 3: 06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN Deputy-in-Charge
U.S. Courthouse, Room 262

Robert R. Di Trolio, Clerk
242 Federal Building
167 N. Main Street
Memphis, Tennessee 38103
(901) 495-1200

111 South Highland Avenue
Jackson, Tennessee 38301
(731) 421-9200

## NOTICE OF SETTING
### Before Judge Samuel H. Mays, Jr., United States District Judge

July 25, 2005

RE:   2:03cr20485-Ma
      *USA v. ROBERT PHILLIPS (C)*

Dear Sir/Madam:

A(n) **CHANGE OF PLEA HEARING** before **Judge Samuel H. Mays, Jr.** has been **SET** on **THURSDAY, AUGUST 4, 2005** at **2:30 P.M.** in **Courtroom 2, 11th floor of the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY: _____
    Jean Lee
    Case Manager to Judge Samuel H. Mays, Jr.
    901-495-1239

306

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 306 in case 2:03-CR-20485 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

M. Jake Werner
LAW OFFICE OF M. JAKE WERNER
46 N. Third St.
Ste. 628
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

PDA
Federal Defender's Office
100 N. Main Bldg., Suite 410
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT