IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,        ★
                                  ★       *Filed in Open Court*
        Plaintiff,           ★             *8-4-05*
                                  ★     Cr. No.  03-20485-Ma
vs.                             ★
                                  ★
ROBERT PHILLIPS,           ★
                                  ★
        Defendant.         ★

## PLEA AGREEMENT

The United States and defendant Robert Phillips, represented by counsel, hereby enter into the following plea agreement:

1.     The defendant will plead guilty to Counts 2 and 3 of the Superseding Indictment.

2.     The United States will dismiss the remaining counts of the Superseding Indictment against the defendant at the time of defendant's sentencing.

3.     The United States will recommend that the defendant receive a reduction in his base offense level pursuant to § 3E1.1 of the United States Sentencing Guidelines provided that the defendant continues to accept responsibility through the date of his sentencing.  The defendant understands that this will be a recommendation only and will not be binding on the court.

4.     This is the entire agreement between the parties.

311

Respectfully submitted,

FOR THE UNITED STATES

TERRELL L. HARRIS
UNITED STATES ATTORNEY

Tony R. Arvin
Assistant United States Attorney

Lorraine Craig
Assistant United States Attorney

Robert Phillips
Defendant

Lawrence W. Kern
Attorney for Defendant

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 311 in case 2:03-CR-20485 was distributed by fax, mail, or direct printing on August 10, 2005 to the parties listed.

US Marshals
Memphis, TN

US Pretrial Office
Memphis, TN

US Probation Office
Memphis, TN

Honorable Samuel Mays
US DISTRICT COURT

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 311 in case 2:03-CR-20485 was distributed by fax, mail, or direct printing on August 10, 2005 to the parties listed.

US Marshals
Memphis, TN

US Pretrial Office
Memphis, TN

US Probation Office
Memphis, TN

Honorable Samuel Mays
US DISTRICT COURT