IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                    NO. 03-20485-Ma

ROBERT PHILLIPS,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the government's November 2, 2005, motion to reset the sentencing of Robert Phillips, which is presently set for November 4, 2005.  For good cause shown, the motion is granted.  The sentencing of defendant Robert Phillips is **reset to Tuesday, December 20, 2005, at 9:00 a.m.**

It is so ORDERED this 3d day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-4-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 354 in case 2:03-CR-20485 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Honorable Samuel Mays
US DISTRICT COURT