```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```

```
UNITED STATES OF AMERICA,      *
                               *
        Plaintiff,             *
                               *     Cr. No. 03-20485-Ma
vs.                            *
                               *
ROBERT PHILLIPS,               *
                               *
        Defendant.             *
```

**MOTION TO CONTINUE JANUARY 19, 2006
SENTENCING**

    The United States, with the agreement of the defendant, moves the Court to continue the sentencing presently set in this case for January 19, 2006 for sixty (60) days.

```
                          Respectfully submitted,

                          LAWRENCE J. LAURENZI
                          Acting United States Attorney

                   By:    S/TONY R. ARVIN
                          TONY R. ARVIN
                          Assistant United States Attorney
                          167 N. Main, Room 800
                          Memphis, TN  38103
                          (#11392 Tennessee)
```

**CERTIFICATE OF SERVICE**

I, Tony R. Arvin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a true copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system to Lawrence Kern, Attorney at Law, 5118 Park Avenue, Suite 600, 6th Floor, Memphis, TN  38117.

This 18th day of January, 2006.

S/TONY R. ARVIN
TONY R. ARVIN
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103

-2-