UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

**NOTICE OF RE-SETTING**
Before Judge Samuel H. Mays, Jr., United States District Judge

January 18, 2006

RE:   2:03cr20485-06-Ma
      *USA v. ROBERT PHILLIPS*   (in custody)

Dear Sir/Madam:

The **SENTENCING HEARING** has been **RE-SET** before **Judge Samuel H. Mays, Jr.** on **TUESDAY, MARCH 28, 2006** at **1:30 P.M. in Courtroom 2, 11th floor of the Federal Building, Memphis, Tennessee.**   (Reset from 1/19/06)

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY:   S/ *Jean Lee*
      Jean Lee, Case Manager
      901-495-1239