```
                    UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF TENNESSEE
                           WESTERN DIVISION
```

---

UNITED STATES OF AMERICA,

VS.                                              NO. 03-20485-Ma

ROBERT PHILLIPS,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

    Before the court is the government's January 18, 2006, motion to reset the sentencing of Robert Phillips, which is presently set for January 19, 2006.  For good cause shown, the motion is granted.  The sentencing of defendant Robert Phillips is **reset to Tuesday, March 28, 2006, at 1:30 p.m.**

    It is so ORDERED this 18th day of January, 2006.

                                             s/ SAMUEL H. MAYS, JR.
                                             UNITED STATES DISTRICT JUDGE