IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

VS.                          NO. 2:03CR20485-06

**ROBERT PHILLIPS,**

    **Defendant.**

---

**POSITION OF DEFENDANT, ROBERT PHILLIPS,
WITH RESPECT TO SENTENCING FACTORS**

---

    **COMES NOW** the Defendant, Robert Phillips, by and through his Attorney of Record, Lawrence W. Kern, and notifies the Court of his position with respect to sentencing factors.

    1. Robert Phillips objects to Paragraph 11 concerning the Offense Conduct. Mr. Phillips did not participate in the Trust One Bank robbery on December 23, 2003.

    2. Robert Phillips has no other objections to the Presentence Investigation Report.

                                   Respectfully submitted,

                                   _\s\ LAWRENCE W. KERN___
                                   **LAWRENCE W. KERN, BPR #7550**
                                   Attorney at Law
                                   5118 Park Avenue, #600
                                   Memphis, Tennessee 38117
                                   Telephone: 901-681-0997

## **CERTIFICATE OF SERVICE**

    I, LAWRENCE W. KERN, do hereby certify that a copy of the foregoing, has been sent to Tony Arvin, Assistant US Attorney, at 167 North Main #800, Memphis, TN  38103 and Barbara Hampton-Franseen, US Probation Office, 167 North Mid America Mall #234, Memphis, TN  38103, via fax, this the 27th day of March, 2006.

                                          **_\s\ LAWRENCE W. KERN_____**
                                          **LAWRENCE W. KERN**

```
USAG Tony Arvin  544-4230
US Probation Office - Barbara Hampton-Franseen  495-1450
The Honorable Samuel H. Mays, Jr.   495-1295
```