# United States District Court
## for the
## Western District Of Tennessee

### Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert Phillips | Case Number: 2:03CR20485-6 |

Name of Sentencing Judicial Officer: Honorable Samuel H. Mays, Jr.

| | |
|---|---|
| Date of Original Sentence: 3/28/2006 | Type of Supervision: Supervised Release |
| Original Offense: Interference with Commerce by Threats or Violence; Use & Carry of Firearm (Discharge) during & in relation to a Crime of Violence | Date Supervision Commenced: 11/10/2010 |
| Original Sentence: Prison - 95 Months<br>TSR - 36 Months | Date Supervision Expires:  11/09/2013 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Nature of Noncompliance -** The defendant shall pay restitution, joint and several, in the amount of $107,241.29 (balance: $104,195.29). Mr. Phillps has made consistent monthly restitution payments to the best of his ability, however, he will not satisfy the outstanding balance prior to the expiration of Supervised Release.  He has signed a payment agreement with the U.S. Attorney Financial Litigation Unit indicating his willingness to continue payments at a monthly rate of $25.00.

**U.S. Probation Officer Action**:  It is recommended that Mr. Phillips' Supervised Release be allowed to terminate as scheduled on November 9, 2013, with the understanding that the U.S. Attorney's Office will be responsible for the continued collection of restitution.

Respectfully submitted,

by  s/Tornika Brooks

U.S. Probation Officer

Date: September 26, 2013

[X]  **Court Concurs with Officer Recommendation**

[ ]  Submit a Request for Modifying the Condition or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

*s/  Samuel H. Mays, Jr.*

Signature of Judicial Officer

*September 30, 2013*

Date